

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00413-CV

**IN THE MATTER OF A.C.**, a Juvenile

Original Mandamus Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus is DENIED.

It is so **ORDERED** on October 21, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020JUV00455, styled *State of Texas v. A.C.*, pending in the 289th Judicial District Court, Bexar County, Texas, the Honorable Carlos Quezada Jr. presiding.